IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:18-CV-111-GCM-DCK

| | |
|---|---|
| **TIMOTHY D. MATTHEWS,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **RELIANCE STANDARD LIFE INSURANCE COMPANY,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Consented To Motion For Leave To File Third Amended Answer" (Document No. 12) filed August 23, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Consented To Motion For Leave To File Third Amended Answer" (Document No. 12) is **GRANTED**. Defendant Reliance shall file its Third Amended Answer on or before **August 27, 2018**.

**SO ORDERED**.

Signed: August 23, 2018

David C. Keesler
United States Magistrate Judge