# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-111-GCM-DCK

| | |
|---|---|
| TIMOTHY D. MATTHEWS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Notice Of Settlement And Request To Stay" (Document No. 16) filed December 12, 2018. The undersigned construes this filing as a motion to stay, and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Notice Of Settlement And Request To Stay" (Document No. 16) is **GRANTED**. This matter is **STAYED** pending further Order of this Court.

**IT IS FURTHER ORDERED** that the parties shall file a Stipulation of Dismissal on or before **January 11, 2019**.

Signed: December 13, 2018

David C. Keesler
United States Magistrate Judge